IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John H. Page<br>1077 30th Street NW<br>Apt. 411<br>Washington, D.C. 20007<br>Tel: 202 352 6952<br><br>Plaintiff<br><br>v.<br><br>Donald J. Trump, in His Official<br>Capacity as President of the United<br>States, Office of the President<br>1600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20500<br><br>Defendant | Case No.<br>1:20-cv-00104 |

### MOTION to permit PACER filing

Plaintiff submits this motion requesting permission to make filings using PACER. Plaintiff already has a PACER account but is not an attorney-at-law. Plaintiff understands and agrees that if permission is given he must only make filings using PACER and must receive and accept service of filings using PACER.

January 16, 2019
Respectfully submitted,

John H. Page (pro se)
1077 30th Street NW, Apt 411
Washington, D.C. 20007
Telephone: 202-352 6952
john.h.page@gmail.com



RECEIVED
Mail Room

JAN 21 2020

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CERTIFICATE OF SERVICE:

I hereby certify that on January 16, 2020, a true copy of the foregoing "Motion to permit PACER filing" was served upon the court and the following by certified U.S. mail, postage prepaid:

Donald J. Trump, in His Official Capacity as President of the United States, Office of the President 1600 Pennsylvania Avenue, N.W. Washington, D.C. 20500

William P. Barr, U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530

Jessie K. Liu, U.S. Attorney for the District of Columbia, 555 Fourth Street, NW, Washington DC 20530

John H. Page
Pro Se

PAGE 1077 26TH ST NW #411
WASHINGTON DC 20007

Case 1:20-cv-00104
Clerk of the Court, Room 1225
District Court for the District of Columbia
333 Constitution Avenue NW
Washington DC 20001

