## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

John H. Page )
1077 30th Street NW )
Apt. 411 )
Washington, D.C. 20007 )
Tel: 202 352 6952 )
  )
  ) Civil Action No.
Plaintiff ) 1:20-cv-00104 CRC
  )
v. )
  )
Donald J. Trump, in His Official )
Capacity as President of the United )
States, Office of the President )
1600 Pennsylvania Avenue, N.W. )
Washington, D.C. 20500 )
  )
  )
Defendant

## Affidavit of Service

I, John Page, hereby declare that on the 16th day of January 2020 I mailed the

summons issued by the Clerk of the Court and a copy of the complaint certified mail

return receipt requested to the Defendant. Attached hereto is the certified green card

acknowledging service:



1

I further declare that also on the 16th day of January 2020 I mailed summonses issued by the Clerk of the Court and a copy of the complaint certified mail return receipt requested to both:

a)      William P. Barr, U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 and

b)      Jessie K. Liu, U.S. Attorney for the District of Columbia, 555 Fourth Street, NW, Washington DC 20530

Proof can be found below comprising i) all three certified mail receipts, each with $1.30 postage, $3.50 for certified mail and $2.80 for Return Receipt) and ii) images of the USPS delivery confirmations that can be publicly verified at https://tools.usps.com/go/TrackConfirmAction_input.  I have not yet received the Return Receipts for items a) and b) above.



2

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

7019 2280 0001 4154 4239

WASHINGTON, DC 20530
OFFICIAL USE

Certified Mail Fee $3.50
Extra Services & Fees (check box, add fee as appropriate) $2.80
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $1.30
Total Postage and Fees $7.60

0160
06
Postmark Here
01/16/2020

Sent To: JESSIE K LIU, US ATTORNEY FOR DC
Street and Apt. No., or PO Box No.: 555, FOURTH ST. NW
City, State, ZIP+4®: WASHINGTON DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

7019 2280 0001 4154 4215

WASHINGTON, DC 20530
OFFICIAL USE

Certified Mail Fee $3.50
Extra Services & Fees (check box, add fee as appropriate) $2.80
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.30
Total Postage and Fees $7.60

0160
06
Postmark Here
01/16/2020

Sent To: WILLIAM P BARR, US ATTORNEY GENERAL
Street and Apt. No., or PO Box No.: 950 PENNSYLVANIA AVE NW
City, State, ZIP+4®: WASHINGTON DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Delivery to Defendant

**USPS Tracking®**

Tracking | FAQs >

Track Another Package +

Track Packages Anytime, Anywhere — Get the free Informed Delivery® feature to receive automated notifications on your packages — Learn More

**Tracking Number:** 70192280000141544222

Remove ✕

Your item was delivered at 4:07 am on January 27, 2020 in WASHINGTON, DC 20500.

**Status**

**Delivered**

January 27, 2020 at 4:07 am
Delivered
WASHINGTON, DC 20500

Delivery to U.S. Attorney General

**USPS Tracking®**                                                Tracking      /      FAQs >

Track Another Package  +          **Track Packages**        Get the free Informed Delivery® feature to receive      **Learn More**
                                    **Anytime, Anywhere**     automated notifications on your packages

**Tracking Number:** 70192280000141544215                                              Remove ✕

                                                    **Status**

Your item was delivered at 4:28 am on January 21, 2020 in       ✅ **Delivered**
WASHINGTON, DC 20530.                                            January 21, 2020 at 4:28 am
                                                                Delivered
                                                                WASHINGTON, DC 20530

Delivery to U.S. Attorney for DC

**USPS Tracking®**                                                Tracking      /      FAQs >

Track Another Package  +          **Track Packages**        Get the free Informed Delivery® feature to receive      **Learn More**
                                    **Anytime, Anywhere**     automated notifications on your packages

**Tracking Number:** 70192280000141544239                                              Remove ✕

                                                    **Status**

Your item was delivered at 5:42 am on January 22, 2020 in       ✅ **Delivered**
WASHINGTON, DC 20530.                                            January 22, 2020 at 5:42 am
                                                                Delivered
                                                                WASHINGTON, DC 20530

Respectfully submitted to the clerk of the court by hand this 5th day of February 2020.

John H. Page (pro se)
1077 30th Street NW, Apt 411
Washington, D.C. 20007
Telephone: 202-352 6952
john.h.page@gmail.com

4