IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John H. Page <br> 1077 30th Street NW <br> Apt. 411 <br> Washington, D.C. 20007 <br> Tel: 202 352 6952 <br><br> Plaintiff <br><br> v. <br><br> Donald J. Trump, in His Official Capacity as President of the United States, Office of the President <br> 1600 Pennsylvania Avenue, N.W. <br> Washington, D.C. 20500 <br><br> Defendant | Case No. <br> 1:20-cv-00104 CRC |

Motion for CM/ECF User Name and Password

Plaintiff submits this motion requesting permission to make filings using PACER and affirms he has:

a) regular access to the Internet

b) the capacity to file documents and receive filings electronically on a regular basis

c) has successfully completed the entire Clerk's Office on-line tutorial.

February 4, 2020
Respectfully submitted,

John H. Page (pro se)
1077 30th Street NW, Apt 411
Washington, D.C. 20007
Telephone: 202-352 6952
john.h.page@gmail.com

RECEIVED
FEB 05 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CERTIFICATE OF SERVICE:

I hereby certify that on February 5, 2020, a true copy of the foregoing "Motion for CM/ECF User Name and Password" was served upon the court and the following by certified U.S. mail, postage prepaid:

Donald J. Trump, in His Official Capacity as President of the United States, Office of the President 1600 Pennsylvania Avenue, N.W. Washington, D.C. 20500

William P. Barr, U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530

Jessie K. Liu, U.S. Attorney for the District of Columbia, 555 Fourth Street, NW, Washington DC 20530

John H. Page
Pro Se