IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John H. Page<br>1077 30th Street NW<br>Apt. 411<br>Washington, D.C. 20007<br>Tel: 202 352 6952<br><br>Plaintiff<br><br>v.<br><br>Donald J. Trump, in His Official<br>Capacity as President of the United<br>States, Office of the President<br>1600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20500<br><br>Defendant | Civil Action No.<br>1:20-cv-00104 CRC |

### Affidavit of Service

I, John Page, declare in addition to my Affidavit of Service filed February 5th, that I have this week received the certified mail return receipt for the summonses issued by the Clerk of the Court and a copy of the complaint that I mailed on the 16th day of January 2020 to both:

    a)    William P. Barr, U.S. Attorney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530 and

    b)    Jessie K. Liu, U.S. Attorney for the District of Columbia, 555 Fourth Street, NW, Washington DC 20530

Attached hereto are said certified green cards acknowledging service:



RECEIVED
FEB 2 1 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   William P. Barr
   U.S. Attorney General
   950 Pennsylvania Ave NW
   Washington DC 20530

   9590 9402 5493 9249 9380 05

2. Article Number (Transfer from service label)

   7019 2280 0001 4154 4215

PS Form 3811, July 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   FEB 21 2020
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jessie K. Liu
   US Attorney for the District of Columbia
   555 Fourth Street NW
   Washington DC 20530

   9590 9402 5493 9249 9380 29

2. Article Number (Transfer from service label)

   7019 2280 0001 4154 4239

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   JAN 22 2020
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

Respectfully submitted to the clerk of the court by hand this 5th day of February 2020.

John H. Page (pro se)
1077 30th Street NW, Apt. 411
Washington, D.C. 20007
Telephone: 202-352 6952
john.h.page@gmail.com