UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN H. PAGE,<br><br>　　　　*Plaintiff*,<br><br>　　　　　　v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>　　　　*Defendant*. | Civil Action No.: 20-0104 (CRC) |

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant respectfully requests that the Court extend the answer deadline in this case until May 8. Defendant's response is currently due by April 22, 2020. This is Defendant's second request to extend this deadline. Defendant conferred with *pro se* Plaintiff about the relief requested in this Motion. However, during that meet and confer process, Plaintiff did not state whether he consented to the relief, opposed the relief, or took no position.[1]

There is good cause to grant this Motion. In this case, Plaintiff challenges whether Defendant "ha[s] any grounds for omitting Columbia [*i.e.*, the District of Columbia], a State of the

---

[1] Rather, upon repeated requests for Plaintiff's position, Plaintiff responded only (and repeatedly) with the following text:

> Here's my response to your prior email that you did not provide to the court: "With what's already been decided the instant case is not hugely complicated and does not warrant a lengthy Motion to Dismiss. I propose and hope we can mutually agree to a 14 day extension."

For the sake of completeness, Defendant also attaches to this Motion the meet and confer e-mail correspondence between Defendant's counsel and *pro se* Plaintiff.

Union, from the census for the purposes of apportioning participation in the Congressional franchise." Compl. ¶¶ 1, 34. Plaintiff filed his Complaint on January 15, 2020. *See* Compl. After receiving one extension of time, Defendant's response to the Complaint is due by April 22, 2020.

As previously noted, the process of determining how the Government wishes to respond to the Complaint has been delayed by several factors. For instance, the undersigned was required to devote substantial time in February and March to the pretrial process for a trial that was subsequently rescheduled. Additionally, since March 16, the undersigned has been required to work remotely, while also balancing dependent care responsibilities in light of the school closures in Virginia, where undersigned resides.

Since Defendant's last extension Motion, Defendant's counsel continues to balance his ongoing work commitments in this and other litigation matters with his dependent care responsibilities. The undersigned has continued to work with agency counsel to review this matter and the Government recently determined that it would respond to Plaintiff's Complaint with a motion to dismiss. The process of drafting that motion, however, will not be completed by April 22. Rather, the press of other matters recently has delayed the undersigned's ability to complete that motion. In the past three weeks, the undersigned was required to devote substantial time to a reconsideration motion, three summary judgment motions, twelve joint status reports, and several discovery and pretrial matters. Between today and May 8, the undersigned also must devote substantial time to the reconsideration matter, several other dispositive motions, and discovery matters.

To allow the undersigned adequate time to handle those matters and the motion to dismiss in this matter, Defendant respectfully requests that the Court enter the accompanying Proposed Order, which extends Defendant's response deadline to May 8, 2020.

April 21, 2020                                         Respectfully submitted,

                                                       TIMOTHY J. SHEA
                                                       D.C. Bar #437437
                                                       United States Attorney

                                                       DANIEL F. VAN HORN
                                                       D.C. BAR # 924092
                                                       Chief, Civil Division

                                                By:    *Brian J. Field*
                                                       BRIAN J. FIELD
                                                       D.C. BAR #985577
                                                       Assistant United States Attorney
                                                       555 4th Street, N.W.
                                                       Washington, D.C. 20530
                                                       Tel: (202) 252-2551
                                                       E-mail: Brian.Field@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN H. PAGE,<br><br>   *Plaintiff*,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>   *Defendant*. | Civil Action No.: 20-0104 (CRC) |

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for extension of time, and the entire record herein, it is hereby:

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's response to Plaintiff's Complaint shall be filed by May 8, 2020.

_____          _____
Date                          United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2020, I caused a copy of the foregoing to be served upon Plaintiff by placing in the United States mail, addressed to:

> John Page
> 1077 30th Street, NW
> Apt. 411
> Washington, DC 20007

>> */s/ Brian J. Field*
>> Assistant United States Attorney