## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN H. PAGE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>    *Defendant*. | Civil Action No.: 20-0104 (CRC) |

## **DEFENDANT'S MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant respectfully requests that the Court dismiss Plaintiff's Complaint. In support of this Motion, Defendant respectfully refers the Court to the accompanying Memorandum.

May 8, 2020

Respectfully submitted,

TIMOTHY J. SHEA
D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By:    */s/ Brian J. Field*
        BRIAN J. FIELD
        D.C. Bar #985577
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 252-2551
        E-mail: Brian.Field@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN H. PAGE,<br><br>      *Plaintiff*,<br><br>      v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>      *Defendant*. | Civil Action No.: 20-0104 (CRC) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion to Dismiss and the entire record herein, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED;** and it is

**FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice.

_____           _____
Date                                                United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2020, I caused a copy of the foregoing to be served upon Plaintiff by placing in the United States mail, addressed to:

John Page
1077 30th Street, NW
Apt. 411
Washington, DC 20007

*/s/ Brian J. Field*
Assistant United States Attorney