## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John H. Page )<br>1077 30th Street NW )<br>Apt. 411 )<br>Washington, D.C. 20007 )<br>Tel: 202 352 6952 )<br> )<br>Plaintiff )<br> )<br>v. )<br> )<br>Donald J. Trump, in His Official )<br>Capacity as President of the United )<br>States, Office of the President )<br>1600 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20500 )<br> )<br> )<br>         Defendant | Case No.<br>1:20-cv-00104 CRC |

### OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

1. Plaintiff files this Opposition under Local Rule 7(b) with the required memorandum of points and authorities and proposed Order.

2. Defendant's motion to dismiss (the "Motion") is made under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

3. Defendant's Motion does not contest that Plaintiff has suffered injury (Section IV page 18 of the Motion), so that fact is not in dispute.

4.     Facts: Defendant's Motion under Federal Rules of Civil Procedure 12(b)(1) fails to meet the burden of showing that the plaintiff cannot prove any set of facts in support of his claim that would entitle plaintiff to relief.  See Plaintiff's Memorandum in support of Opposition to Defendant's Motion to Dismiss.

5.     Justiciability: Defendant's Motion under Federal Rules of Civil Procedure 12(b)(6) fails to show that the relief requested cannot be granted.  See Plaintiff's Memorandum in support of Opposition to Defendant's Motion to Dismiss.

6.     A proposed Order follows.

May 18, 2020
Respectfully submitted,

/John H. Page/
John H. Page (pro se)
1077 30th Street NW, Apt 411
Washington, D.C. 20007
Telephone: 202-352 6952
john.h.page@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| John H. Page )<br>1077 30th Street NW )<br>Apt. 411 )<br>Washington, D.C. 20007 )<br>Tel: 202 352 6952 )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Donald J. Trump, in His Official )<br>Capacity as President of the United )<br>States, Office of the President )<br>1600 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20500, )<br>)<br>)<br>)<br>)<br>)<br>Defendant )<br>) | Case No.<br>1:20-cv-00104 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs Opposition to Defendant's Motion to Dismiss and the entire record herein, it is hereby:

**ORDERED** that Plaintiff's Opposition to Defendant's Motion to Dismiss is **GRANTED;** and it is

**FURTHER ORDERED** that Defendant's Motion to Dismiss is **DISMISSED** with prejudice

_____        _____
Date                                              United States District Judge

3