IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John H. Page ) <br> 1077 30th Street NW ) <br> Apt. 411 ) <br> Washington, D.C. 20007 ) <br> Tel: 202 352 6952 ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> Donald J. Trump, in His Official ) <br> Capacity as President of the United ) <br> States, Office of the President ) <br> 1600 Pennsylvania Avenue, N.W. ) <br> Washington, D.C. 20500 ) <br> ) <br> ) <br>      Defendant | Case No. <br> 1:20-cv-00104 CRC |

**MOTION FOR SUMMARY JUDGMENT**

1. Plaintiff files this Motion for Summary Judgment under Local Rule 7(h) supported by a Memorandum.

2. A proposed Order follows.

May 20, 2020
Respectfully submitted,

/John H. Page/
John H. Page (pro se)
1077 30th Street NW, Apt 411
Washington, D.C. 20007
Telephone: 202-352 6952
john.h.page@gmail.com

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John H. Page )<br>1077 30th Street NW )<br>Apt. 411 )<br>Washington, D.C. 20007 )<br>Tel: 202 352 6952 )<br> )<br>Plaintiff )<br> )<br>v. )<br> )<br>Donald J. Trump, in His Official )<br>Capacity as President of the United )<br>States, Office of the President )<br>1600 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20500, )<br> )<br> )<br><br>Defendant | Case No.<br>1:20-cv-00104 |

John H. Page
1077 30th Street NW
Apt. 411
Washington, D.C. 20007
Tel: 202 352 6952

Plaintiff

v.

Donald J. Trump, in His Official
Capacity as President of the United
States, Office of the President
1600 Pennsylvania Avenue, N.W.
Washington, D.C. 20500,

Defendant

Case No.
1:20-cv-00104

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment and the entire record herein, it is hereby:

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED;** and it is

**FURTHER ORDERED that Defendant** shall immediately transmit to Congress all decennial census returns since 1801 corrected to show the State of Columbia thereby bringing the Office of the President into compliance with the law.

_____           _____
Date                                                  United States District Judge