IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John H. Page )<br>1077 30th Street NW )<br>Apt. 411 )<br>Washington, D.C. 20007 )<br>Tel: 202 352 6952 )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Donald J. Trump, in His Official )<br>Capacity as President of the United )<br>States, Office of the President )<br>1600 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20500 )<br>)<br>)<br>Defendant | Case No.<br>1:20-cv-00104 CRC |

**PLAINTIFF'S ADDENDUM TO
MOTION FOR SUMMARY JUDGMENT**

1. Plaintiff submits files this infographic as an Addendum to his Motion for Summary Judgment. He created it in 2018 as part of a timeline research presentation.

2. This Addendum is illustrative only and does not change the pleading. It is intended to help all parties understand what is being discussed and eliminate the evident confusion about the relationship between the State of Columbia and the District of Columbia.

1

### Columbia's State Constitution
The Constitution of the State of Columbia comes from its founding law; the state convention of August 14, 1776 declaring Maryland's independence and sovereignty separate from Great Britain. It is in force today, except to the extent "*inconsistent with or replaced by*"[1] acts passed under Congress' enumerated powers in the District (Const. Art 1 S8 Cl 17).

### The District and State Governments of Columbia
Congress has exclusive legislative powers over the **District** Government and can dissolve it on a whim. However, Congress cannot repeal or supersede the **State** of Columbia's constitution or powers protected by the 10th Amendment.

### Admission to Congress
Columbia qualifies without any amendment to the U.S. Constitution or any Act of Congress because:
a) Columbia joined the Union on April 28, 1788
b) Const. Art IV is satisfied; Congress and Maryland **caused** the cession of Columbia from Maryland by passing the Organic Act of Feb 27, 1801[1]
c) Columbia's population has been sufficient for admission on an equal footing basis since ~1860

---

[1] 1901 "An Act to establish a code of law for the District of Columbia", §1636
[2] The Organic Act states the laws of Maryland shall "*continue in force*" in the District



Copyright John H. Page 2018

May 22, 2020
Respectfully submitted,

/John H. Page/
John H. Page (pro se)
1077 30th Street NW, Apt 411
Washington, D.C. 20007
Telephone: 202-352 6952
*john.h.page@gmail.com*

2