UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOHN H. PAGE**,

    Plaintiff,

  v.

**JOSEPH R. BIDEN**, in his official capacity as President of the United States,

    Defendant.

Case No. 20-cv-104 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [8] Defendant's Motion to Dismiss is **GRANTED**.  It is further

**ORDERED** that [11] Plaintiff's Motion for Summary Judgment is **DENIED**.  It is further

**ORDERED** that [17] Plaintiff's Motion for Leave to File Surreply is **GRANTED**, and the proposed surreply is deemed filed.

This is a final, appealable order.

**SO ORDERED.**

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:  January 29, 2021