IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John H. Page )<br>1077 30th Street NW )<br>Apt. 411 )<br>Washington, D.C. 20007 )<br>Tel: 202 352 6952 )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Joseph R. Biden, in His Official )<br>Capacity as President of the United )<br>States, Office of the President )<br>1600 Pennsylvania Avenue, N.W. )<br>Washington, D.C. 20500, )<br>)<br>)<br><br>Defendant | Case No.<br>1:20-cv-00104 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion And Memorandum For Reconsideration Of Or To Alter Or Amend Or Vacate The Memorandum Of Opinion And Order Issued 1/29/2021 and the entire record herein, it is hereby:

**ORDERED** that The Memorandum Of Opinion And Order Issued 1/29/2021 Is Vacated

and its is further **ORDERED** that Defendant must respond to Plaintiff's Motion for Summary Judgement within 20 days of the date of this order.

_____  _____
Date                                                   United States District Judge

1