IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John H. Page ) <br> 1077 30th Street NW ) <br> Apt. 411 ) <br> Washington, D.C. 20007 ) <br> Tel: 202 352 6952 ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> Joseph R. Biden, in His Official ) <br> Capacity as President of the United ) <br> States, Office of the President ) <br> 1600 Pennsylvania Avenue, N.W. ) <br> Washington, D.C. 20500 ) <br> ) <br> Defendant ) | Case No. <br> 1:20-cv-00104 CRC |

**NOTICE OF APPEAL**

Plaintiff hereby give notice of appeal to the United States Court of Appeals for the District of Columbia Circuit under Rule 4 from all aspects of the order and accompanying memorandum of opinion entered in this action on January 29, 2021, granting Defendants' Motion to Dismiss and denying Plaintiffs' Motion for Summary Judgment. The January 29, 2021 order is a final appealable order.

February 16, 2021                                        Respectfully submitted

/John H. Page/
John H. Page (pro se)
1077 30th Street NW, Apt 411
Washington, D.C. 20007
Telephone: 202-352 6952
john.h.page@gmail.com

1