APPEAL,CLOSED,PROSE−NP,TYPE−F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:20−cv−00104−CRC</u>

PAGE v. TRUMP et al

Assigned to: Judge Christopher R. Cooper

 Case in other court:   21−05038

Cause: 28:1983 Civil Rights

Date Filed: 01/15/2020

Date Terminated: 01/29/2021

Jury Demand: None

Nature of Suit: 441 Voting

Jurisdiction: U.S. Government Defendant

**Plaintiff**

**JOHN H. PAGE**                              represented by   **JOHN H. PAGE**
1077 30th Street NW
Apartment 411
Washington, DC 20007
202−352−6952
Email: john.h.page@gmail.com
PRO SE

V.

**Defendant**

**DONALD J. TRUMP**                          represented by   **Brian J. Field**

*In his official capacity as President of the*                U.S. ATTORNEY'S OFFICE FOR THE
*United States*                                              DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252−2551
Fax: (202) 234−2806
Email: brian.field@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/15/2020 | <u>1</u> | | COMPLAINT against DONALD J. TRUMP ( Filing fee $ 400, receipt number 4616102087) with Jury Demand filed by JOHN H. PAGE. (Attachments: # <u>1</u> Civil Cover Sheet)(ztd) (Entered: 01/22/2020) |
| 01/15/2020 | | | SUMMONS (3) Issued as to DONALD J. TRUMP, U.S. Attorney and U.S. Attorney General (ztd) (Entered: 01/22/2020) |
| 01/21/2020 | <u>2</u> | | MOTION for CM/ECF Password by JOHN H. PAGE (ztd) (Entered: 01/24/2020) |
| 01/28/2020 | | | MINUTE ORDER denying without prejudice Plaintiff's <u>2</u> Motion for CM/ECF Password. Plaintiff's motion failed to comply with the requirements of Local Rule 5.4(b)(2), a link to which can be found on the Court's website. Plaintiff may refile the motion in compliance with the Local Rules. Signed by Judge |

| | | | |
|---|---|---|---|
| | | | Christopher R. Cooper on 01/28/2020. (lccrc3) (Entered: 01/28/2020) |
| 02/05/2020 | 3 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DONALD J. TRUMP served on 1/27/2020, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 1/21/20., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 1/22/2020. ( Answer due for ALL FEDERAL DEFENDANTS by 3/22/2020.) (ztd) (Entered: 02/06/2020) |
| 02/05/2020 | 4 | | MOTION for CM/ECF Password by JOHN H. PAGE (ztd) (Entered: 02/06/2020) |
| 02/06/2020 | | | MINUTE ORDER granting Plaintiff's 4 Motion for CM/ECF Password. The Court expects all electronic filings by pro se litigants to comply with the Court's Local Rules. Signed by Judge Christopher R. Cooper on 02/06/2020. (lccrc3) (Entered: 02/06/2020) |
| 02/21/2020 | 5 | | AFFIDAVIT re 3 Summons Returned Executed as to Federal Defendant,, Summons Returned Executed as to U.S. Attorney General,, Summons Returned Executed as to US Attorney, by JOHN H. PAGE. (ztd) (Entered: 02/25/2020) |
| 03/19/2020 | 6 | | MOTION for Extension of Time to File Answer re 1 Complaint by DONALD J. TRUMP (Field, Brian) (Entered: 03/19/2020) |
| 03/23/2020 | | | MINUTE ORDER granting Defendant's 6 Motion for Extension of Time to Answer. The Defendant is hereby ORDERED to file its answer on or before April 22, 2020. Signed by Judge Christopher R. Cooper on 03/23/2020. (lccrc3) (Entered: 03/23/2020) |
| 04/21/2020 | 7 | | MOTION for Extension of Time to *Respond to Complaint* by DONALD J. TRUMP (Attachments: # 1 Exhibit)(Field, Brian) (Entered: 04/21/2020) |
| 04/21/2020 | | | MINUTE ORDER granting Defendant's 7 Motion for Extension of Time to Answer. The Defendant is hereby ORDERED to file its answer on or before May 8, 2020. Signed by Judge Christopher R. Cooper on 04/21/2020. (lccrc3) (Entered: 04/21/2020) |
| 04/23/2020 | | | Set/Reset Deadlines: Answer due by 5/8/2020 (lsj) (Entered: 04/23/2020) |
| 05/08/2020 | 8 | | MOTION to Dismiss by DONALD J. TRUMP (Attachments: # 1 Memorandum in Support)(Field, Brian) (Entered: 05/08/2020) |
| 05/08/2020 | 9 | | ORDER advising Plaintiff to respond by May 22, 2020 to 8 Defendant's Motion to Dismiss, or the Court may deem matter as conceded. See full Order for details. Signed by Judge Christopher R. Cooper on 05/08/2020. (lccrc3) (Entered: 05/08/2020) |
| 05/08/2020 | | | Set/Reset Deadlines: Response to Dispositive Motions due by 5/22/2020. (lsj) (Entered: 05/08/2020) |
| 05/18/2020 | 10 | | Memorandum in opposition to re 8 MOTION to Dismiss filed by JOHN H. PAGE. (Attachments: # 1 Memorandum in Support)(PAGE, JOHN) (Entered: 05/18/2020) |
| 05/20/2020 | 11 | | |

| | | | |
|---|---|---|---|
| | | | MOTION for Summary Judgment by JOHN H. PAGE (Attachments: # 1 Memorandum in Support)(PAGE, JOHN) (Entered: 05/20/2020) |
| 05/21/2020 | 12 | | MOTION for Extension of Time to File Response/Reply as to 8 MOTION to Dismiss , MOTION to Stay *obligation to respond to Plaintiff's summary judgment motion* by DONALD J. TRUMP (Field, Brian) (Entered: 05/21/2020) |
| 05/21/2020 | 13 | | RESPONSE re 12 MOTION for Extension of Time to File Response/Reply as to 8 MOTION to Dismiss MOTION to Stay *obligation to respond to Plaintiff's summary judgment motion PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR EXTENSION OF TIME AND TO STAY OBLIGATION TO RESPOND TO SUMMARY JUDGMENT MOTION* filed by JOHN H. PAGE. (PAGE, JOHN) (Entered: 05/21/2020) |
| 05/22/2020 | 14 | | SUPPLEMENTAL MEMORANDUM to re 11 MOTION for Summary Judgment *PLAINTIFFS ADDENDUM TO MOTION FOR SUMMARY JUDGMENT* filed by JOHN H. PAGE. (PAGE, JOHN) (Entered: 05/22/2020) |
| 05/22/2020 | | | MINUTE ORDER granting Defendant's 12 Motion for Extension of Time to File Reply and to Stay Summary Judgment Briefing. It is hereby ORDERED that Defendant's reply in support of its 8 Motion to Dismiss shall be filed on or before June 9, 2020. It is further ORDERED that summary judgment briefing is stayed until after the Court resolves the pending motion to dismiss. Signed by Judge Christopher R. Cooper on 05/22/2020. (lccrc3) (Entered: 05/22/2020) |
| 06/09/2020 | 15 | | REPLY to opposition to motion re 8 MOTION to Dismiss filed by DONALD J. TRUMP. (Field, Brian) (Entered: 06/09/2020) |
| 06/14/2020 | 16 | | ENTERED IN ERROR. . . . .RESPONSE re 8 MOTION to Dismiss *PLAINTIFFS REPLY IN SUPPORT OF OPPOSITION TO DEFENDANTS MOTION TO DISMISS* filed by JOHN H. PAGE. (PAGE, JOHN) Modified on 6/16/2020 (ztd). (Entered: 06/15/2020) |
| 06/14/2020 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 16 Response to motion was entered in error and said pleading has been added to docket entry no. 17 pending leave of Court. (ztd) (Entered: 06/16/2020) |
| 06/15/2020 | 17 | | First MOTION for Leave to File *SURREPLY TO DEFENDANTS REPLY IN SUPPORT OF MOTION TO DISMISS* by JOHN H. PAGE (PAGE, JOHN) (Additional attachment(s) added on 6/16/2020: # 1 Surreply) (ztd). (Entered: 06/15/2020) |
| 06/29/2020 | 18 | | Memorandum in opposition to re 17 First MOTION for Leave to File *SURREPLY TO DEFENDANTS REPLY IN SUPPORT OF MOTION TO DISMISS* filed by DONALD J. TRUMP. (Field, Brian) (Entered: 06/29/2020) |
| 07/06/2020 | 19 | | ENTERED IN ERROR. . . . .REPLY to opposition to motion re 17 First MOTION for Leave to File *SURREPLY TO DEFENDANTS REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS RESPONSE TO DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION FOR LEAVE TO FILE A SURREPLY* filed by JOHN H. PAGE. (PAGE, JOHN) Modified on 7/7/2020 (ztd). (Entered: 07/06/2020) |
| 07/07/2020 | | | NOTICE OF ERROR re 19 Reply to opposition to Motion; emailed to john.h.page@gmail.com, cc'd 3 associated attorneys –– The PDF file you docketed contained errors: 1. Please refile document, 2. The Court is unable to |

| | | | |
|---|---|---|---|
| | | | view this document. Refile in pdf format only. (ztd, ) (Entered: 07/07/2020) |
| 08/12/2020 | 20 | | NOTICE OF SUPPLEMENTAL AUTHORITY by JOHN H. PAGE (PAGE, JOHN) (Entered: 08/12/2020) |
| 01/29/2021 | 21 | | ORDER granting 8 Defendant's Motion to Dismiss; denying 11 Plaintiff's Motion for Summary Judgment; granting 17 Plaintiff's Motion for Leave to File Surreply. See full order for details. Signed by Judge Christopher R. Cooper on 01/29/2021. (lccrc3) (Entered: 01/29/2021) |
| 01/29/2021 | 22 | | MEMORANDUM OPINION re: 21 order granting 8 Defendant's Motion to Dismiss; denying 11 Plaintiff's Motion for Summary Judgment; granting 17 Plaintiff's Motion for Leave to File Surreply. Signed by Judge Christopher R. Cooper on 01/29/2021. (lccrc3) (Entered: 01/29/2021) |
| 02/14/2021 | 23 | | MOTION for Reconsideration *Opinion and order of 1/29/2021*, First MOTION to Alter Judgment *Opinion and order of 1/29/2021*, MOTION to Vacate *Opinion and order of 1/29/2021*, by JOHN H. PAGE. (Attachments: # 1 Text of Proposed Order Text of Proposed Order)(PAGE, JOHN) Modified event and text on 2/16/2021 (ztd). (Entered: 02/14/2021) |
| 02/16/2021 | 24 | | NOTICE *of Appeal* by JOHN H. PAGE (PAGE, JOHN) (Entered: 02/16/2021) |
| 02/16/2021 | 25 | | NOTICE OF APPEAL as to 22 Memorandum & Opinion, 21 Order on Motion to Dismiss,, Order on Motion for Summary Judgment,, Order on Motion for Leave to File, by JOHN H. PAGE. Fee Status: No Fee Paid. Parties have been notified. (ztd); (See Docket Entry No. 24 to view.) (Entered: 02/16/2021) |
| 02/16/2021 | 26 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re 25 Notice of Appeal,. (ztd) (Entered: 02/16/2021) |
| 02/17/2021 | 27 | | ERRATA by JOHN H. PAGE re 23 MOTION for ReconsiderationFirst MOTION to Alter Judgment *Opinion and order of 1/29/2021*MOTION to Vacate (PAGE, JOHN) Modified text on 2/18/2021 (ztd). (Entered: 02/17/2021) |
| 02/19/2021 | | | MINUTE ORDER: Upon consideration of 23 Plaintiff's Motion for Reconsideration, the Motion is hereby DENIED.<br><br>Plaintiff moves under Federal Rules of Civil Procedure 59(e) and 60 to alter, amend, or vacate the Court's 21 Order dismissing this case. "A Rule 59(e) motion is discretionary and need not be granted unless the district court finds that there is an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." Firestone v. Firestone, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (internal quotation marks omitted). "A Rule 59(e) motion is not a second opportunity to present argument upon which the Court has already ruled, nor is it a means to bring before the Court theories or arguments that could have been advanced earlier." W.C. & A.N. Miller Cos. v. United States, 173 F.R.D. 1, 3 (D.D.C. 1997). Nor does "[m]ere disagreement" support reconsideration under Rule 59(e). Smith v. Lynch, 115 F. Supp. 3d 5, 12 (D.D.C. 2015) (quoting United States ex rel. Becker v. Westinghouse Savannah River Co., 305 F.3d 284, 290 (4th Cir. 2002)). |

| | | | |
|---|---|---|---|
| | | | The standards for reconsideration under the relevant provisions of Rule 60 are even more stringent. Rule 60(b)(6) authorizes the Court to vacate a final judgment only under "extraordinary circumstances." <u>Kramer v. Gates</u>, 481 F.3d 788, 790 (D.C. Cir. 2007). "[E]rror alone is not sufficient to warrant reconsideration" under Rule 60(b)(6). <u>Shearill v. Peter N.G. Schwartz Mgmt. Co.</u>, 325 F.R.D. 28, 30 (D.D.C. 2018). And while Rule 60(b)(1) contemplates relief based on a "mistake," that provision "generally does not allow reconsideration of legal mistakes; it is reserved for the very limited situation when the controlling law of the circuit changed between the time of the court's judgment and the Rule 60 motion." <u>Shearill</u>, 325 F.R.D. at 30 n.1 (internal quotation marks omitted).<br><br>The Court has carefully considered Plaintiff's Motion and finds that it does not meet the standards for reconsideration under Rules 59(e) and 60. Each of Plaintiff's arguments either was made or could have been made before final judgment. These arguments fail to demonstrate clear error, a change in controlling law, or other extraordinary circumstances. While Plaintiff expresses disagreement with the Court's analysis, the appropriate recourse for this disagreement is an appeal to the D.C. Circuit, not a motion for reconsideration.<br><br>So Ordered. Signed by Judge Christopher R. Cooper on 02/19/2021. (lccrc3) (Entered: 02/19/2021) |
| 02/19/2021 | | | USCA Case Number 21–5038 for 25 Notice of Appeal, filed by JOHN H. PAGE. (ztd) (Entered: 02/24/2021) |
| 02/24/2021 | | | USCA Appeal Fees received $ 505 receipt number 4616105116 re 25 Notice of Appeal, filed by JOHN H. PAGE (ztd) (Entered: 03/02/2021) |

# U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 3/2/2021 at 7:53 PM EDT and filed on 2/24/2021

**Case Name:**     PAGE v. TRUMP et al

**Case Number:**     1:20–cv–00104–CRC

**Filer:**

**WARNING: CASE CLOSED on 01/29/2021**

**Document Number:** No document attached

**Docket Text:**
**USCA Appeal Fees received $ 505 receipt number 4616105116 re [25] Notice of Appeal, filed by JOHN H. PAGE (ztd)**

**1:20–cv–00104–CRC Notice has been electronically mailed to:**

Brian J. Field     brian.field@usdoj.gov, CaseView.ECF@usdoj.gov, joseph.finnigan@usdoj.gov

JOHN H. PAGE     john.h.page@gmail.com

**1:20–cv–00104–CRC Notice will be delivered by other means to::**