# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 21-5038**  **September Term, 2021**

1:20-cv-00104-CRC

Filed On: December 10, 2021 [1926320]

John H. Page,

  Appellant

 v.

Joseph R. Biden, Jr., In his official capacity
as President of the United States,

  Appellee

# M A N D A T E

 In accordance with the order of October 1, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

       **FOR THE COURT:**
       Mark J. Langer, Clerk

     BY: /s/
       Daniel J. Reidy
       Deputy Clerk

Link to the order filed October 1, 2021