# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 21-5038**                 **September Term, 2021**

**1:20-cv-00104-CRC**

**Filed On: October 1, 2021**

John H. Page,

      Appellant

  v.

Joseph R. Biden, Jr., In his official capacity as
President of the United States,

      Appellee

      **BEFORE:**    Rogers, Millett, and Katsas, Circuit Judges

### O R D E R

Upon consideration of the motion for injunction, the opposition thereto, and the reply; and the motion for summary affirmance and the opposition thereto, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly dismissed appellant's complaint for lack of jurisdiction. Appellant seeks an injunction requiring the President of the United States "to immediately correct all census returns to show the State of Columbia" and requiring "immediate transmittal of those amended census returns to Congress." However, "[w]ith regard to the President, courts do not have jurisdiction to enjoin him, and have never submitted the President to declaratory relief." Newdow v. Roberts, 603 F.3d 1002, 1013 (D.C. Cir. 2010) (internal citations omitted); see also Swan v. Clinton, 100 F.3d 973, 977-78 (D.C. Cir. 1996). Moreover, appellant has not challenged on appeal the district court's decision not to allow him to amend the complaint to add another defendant or its denial of his request for reconsideration. See U.S. ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004) ("Ordinarily, arguments that parties do not make on appeal are deemed to have been waived."). It is

**FURTHER ORDERED** that the motion for injunction be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-5038**                           **September Term, 2021**

of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

BY:    /s/
                                          Manuel J. Castro
                                          Deputy Clerk